## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 22nd day of August, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Ian Connor Bifferato, Esquire
Garvan F. McDaniel, Esquire
*Bifferato, Gentilotti, Biden &
Balick, P.A.*
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899-2165

_____
Mary E. Augustine (No. 4477)